# DUPONT AIR PRODUCTS NANOMATERIALS, LLC, Plaintiff/Counterclaim Defendant–Appellee,

## and

**Precision Colloids, LLC and The Virkler Company (doing business as Chemical Technologies, LLC), Counterclaim Defendants–Appellees.**

v.

# CABOT MICROELECTRONICS CORPORATION, Defendant/Counterclaim Plaintiff–Appellant.

## No. 2011–1085.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2011.

Donald R. Dunner, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for plaintiff/counterclaim defendant-appellee and counterclaim defendants-appellees. With him on the brief were Ronald A. Bleeker and Andrew J. Vance.

Wayne L. Stoner, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, MA, argued for defendant/counterclaim plaintiff-appellant. With him on the brief Stephen M. Muller, Gregory P. Teran, Joseph J. Mueller and Megan Barbero; and William G. McElwain, of Washington, DC.

RADER, Chief Judge, DYK and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**